**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) BREANNA GROVE, AND <br> (2) ANDY GROVE, <br>          **Plaintiffs,** <br> vs. <br> (1) STATE FARM FIRE AND <br> CASUALTY COMPANY, <br>          **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> )    Case No. 13-CV-754-JED-FHM <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE TO PARTIES OF REMOVAL**

YOU ARE HEREBY NOTIFIED that pursuant to 28 U.S.C. §1446 (1992), the Defendant, State Farm Fire and Casualty Company, has this date filed in the United States District Court for the Northern District of Oklahoma, its Notice of Removal of the action pending in the District Court in and for Tulsa County, State of Oklahoma, under the style of <u>Breanna Grove and Andy Grove v. State Farm Fire and Casualty Company</u>, Case No. CJ-2013-4776, and has caused a copy of said Notice of Removal to be filed with the Clerk of the District Court in and for Tulsa County, State of Oklahoma, and a copy of said Notice of Removal is hereto attached and made a part of this Notice.

You are further notified that said cause has been docketed in the United States District Court for the Northern District of Oklahoma, under the number and style as set forth above.

Respectfully submitted,

**ATKINSON, HASKINS, NELLIS,
BRITTINGHAM, GLADD & FIASCO**
A Professional Corporation

/s/ John S. Gladd
John S. Gladd, OBA #12307
525 South Main, Suite 1500
Tulsa, OK  74103-4524
Telephone: (918) 582-8877
Facsimile: (918) 585-8096
Attorney for Defendant

**Certificate of Service**

I hereby certify that on November 20, 2013, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Mr. Adam Weintraub
Mr. Terry O'Donnell
Attorneys at Law
110 W. 7th Street, Suite 1010
Tulsa, Oklahoma 74119
asw@savagelaw.cc

Attorneys for Plaintiffs

/s/ John S. Gladd
John S. Gladd