**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) BREANNA GROVE, AND )<br>(2) ANDY GROVE, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>(1) STATE FARM FIRE AND )<br>CASUALTY COMPANY, )<br>)<br>Defendant. ) | Case No. 13-CV-754-JED-FHM |

**STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiffs, their attorneys of record, and Defendant's counsel, and would show the Court that this matter has been compromised and settled and, therefore, moves the Court for an Order Of Dismissal With Prejudice.

/s/   Adam Weintraub
Adam Weintraub, OBA #13209
Terry O'Donnell, OBA #13110
110 W. 7th Street, Suite 1010
Tulsa, Oklahoma 74119
Attorneys for Plaintiff

/s/   John S. Gladd
John S. Gladd, OBA #12307
525 South Main, Suite 1500
Tulsa, OK 74103-4524
Telephone: (918) 582-8877
Facsimile: (918) 585-8096
Attorney for Defendant